Brian S. King, #4610
**BRIAN S. KING, PC**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| JOEL S., ROBIN S., and SYDNEY S.,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA, CIGNA BEHAVIORAL HEALTH, and the NEW ORLEANS – BATON ROUGE STEAMSHIP PILOTS MEDICAL BENEFITS PLAN,<br><br>Defendants. | NOTICE OF APPEAL<br><br>Civil No. 1:16-cv-00143 CW |
|---|---|

Plaintiffs Joel S., Robin S., and Sydney S., through their undersigned counsel and pursuant to Federal Rules of Appellate Procedure 3 and 4, provide this notice that they appeal to the United States Court of Appeals for the Tenth Circuit the Memorandum Decision and Order [docket #42] and the Judgment [docket #43], signed and entered on the docket on December 14, 2018.

DATED this 3rd day of January, 2019.

      s/ Brian S. King
      Brian S. King
      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been delivered via the Court's ECF system and via email to the following:

James L. Barnett
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
jbarnett@hollandhart.com

Jack M. Englert, Jr. (admitted *pro hac vice*)
HOLLAND & HART LLP
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
jenglert@hollandhart.com

      DATED this 3rd day of January, 2019.

                                              /s/ Kit Spencer