# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

February 6, 2019

Ms. Elisabeth A. Shumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:   19-4003
      S. et al v. CIGNA et al
      Lower Docket: 1:16-cv-00143-CW

Dear Clerk of Court:

   Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk


By:/s/
Jennifer Richards
Generalist Clerk

cc: Counsel of Record